# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYSHAWN LANDON CRUMP, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | NO. CIV-12-175-D |
| ) | |
| TIM WILKINSON, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner, appearing through counsel, has filed an application for a Certificate of Appealability as required by 28 U. S. C. § 2253(c)(1) [Doc. No. 27]. Petitioner is entitled to a Certificate of Appealability only upon making a substantial showing of the denial of a constitutional right. *See* 28 U. S. C. § 2253(c)(2). Petitioner can make such a showing by demonstrating that the issues he seeks to raise are deserving of further proceedings, debatable among jurists of reason, or subject to different resolution on appeal. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). "Where a district court has rejected the constitutional claims on the merits, . . . [ t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Id.*

In this case, as set forth in the Order and Judgment, the Court has concluded that Petitioner has failed to make this showing. His application contains no argument or authority sufficient to persuade the Court that he has made the showing required for a Certificate of Appealability. Accordingly, his application is DENIED.

IT IS SO ORDERED this 26th day of December, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE